FILED
1/14/2022 2:53 PM
Teneshia Hudspeth
County Clerk
Harris County - County Probate Court No. 2
Accepted By: AG

No. __502203__

| ESTATE OF | § | PROBATE COURT |
| --- | --- | --- |
|  | § |  |
| ROBERT DURST, | § | NUMBER ___ |
|  | § |  |
| DECEASED | § | HARRIS COUNTY, TEXAS |

## APPLICATION FOR PROBATE OF WILL

## AND REQUEST FOR LETTERS TESTAMENTARY

No service requested

DEBRAH LEE CHARATAN ("Applicant") furnishes the following information to the Court for the probate of the written will of ROBERT DURST ("Decedent") and to request the issuance of letters testamentary:

1. Applicant is an individual whose domicile is 860 Fifth Avenue, New York, NY 10065. The last three digits of Applicant's Social Security number are 757, and the last three digits of Applicant's driver license are 282.

2. Decedent maintained his domicile at 2520 Robinhood St., #1405, Houston, Harris County, Texas 77005. The last three digits of Decedent's Social Security number are 616, and the last three digits of Decedent's driver license are unknown at this time.

3. Decedent died on January 10, 2022, in Stockton, California at the age of 78 years.

4. This court has jurisdiction and venue because Decedent was domiciled in Harris County, Texas on the date of death.

5. Decedent owned property subject to probate as will be more fully shown and described in an inventory to be filed herein, the probable value of which is estimated to be in excess of $50,000.

6. Decedent left a valid written will dated August 11, 2010, which was never revoked and is filed with this application.

7. The will names the Applicant as independent executor. The Applicant will appoint T. Michael Ballases, 5051 Westheimer, Suite 1200, Houston, Texas 77056, as her resident agent under Section 304.003 of the Estates Code.

8. The subscribing witnesses to the will were Theodore J. Metzger, Ellen C. Clinco, and Dinah B. Slavitt.

9. No children were born to or adopted by Decedent after the date of the will, and no marriage of Decedent was dissolved after the date of execution of the will.

10. Decedent was at least eighteen (18) years of age and was of sound mind at the time of executing the will.

11. Applicant is not disqualified by law from accepting letters testamentary.

12. The will does not devise any property to the State of Texas, a governmental agency of the State of Texas or a charitable organization.

WHEREFORE, Applicant prays that citation issue as required by law to all persons interested in this Estate; that the will be admitted to probate; that letters testamentary be issued to DEBRAH LEE CHARATAN pursuant to Section 401.001 of the Texas Estates Code; and that all other orders be entered as the Court may deem proper.

Respectfully submitted,

HOOVER SLOVACEK LLP

By: _____
Frank B. Mapel, III
State Bar No. 12957680
Thomas J. Herter, III
State Bar No. 24031061
5051 Westheimer, Suite 1200
Houston, Texas 77056
Phone: 713-977-8686
Fax: 713-977-5395
Email: mapel@hooverslovacek.com

ATTORNEYS FOR APPLICANT