UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL BAMONTE, *as Administrator of the Estate of* KATHLEEN DURST; *and* JAMES MCCORMACK, VIRGINIA MCKEON, *and* MARY HUGHES, *as Co-Administrators of the Estate of* ANNE C. MCCORMACK, *a Distributee of the Estate of* KATHLEEN DURST,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DEBRAH LEE CHARATAN, *at the Nominated Executor of the Estate of* ROBERT DURST,<br><br>                    Defendant. | No. 22-CV-795 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

The Court requests that the Parties each file a letter on the docket by 4:00 p.m. Friday, May 6, 2022, with a detailed explanation of the following topics:

- Federal courts' so-called probate exception, *see generally Marshall v. Marshall*, 547 U.S. 293 (2006); *Lefkowitz v. Bank of New York*, 528 F.3d 102 (2d Cir. 2007), and its application to Orders of Attachment under New York C.P.L.R. § 6201; and,

- The distinction between an estate administrator's citizenship for purposes of diversity jurisdiction, *see* 28 U.S.C. § 1332 (c)(2), an individual's domiciliary in her individual capacity, and the same individual's domiciliary in her capacity as an estate's executor, assuming her successful nomination.

The letters may not exceed 4 pages. Letters exceeding this limit or posted after 4:00 p.m. Friday, will not be considered.

         SO ORDERED.

Dated:   May 3, 2022
         White Plains, New York

                                                    _____
                                                    KENNETH M. KARAS
                                                    United States District Judge