UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL BAMONTE, *as Administrator of the Estate of KATHLEEN DURST*; *and* JAMES MCCORMACK, VIRGINIA MCKEON, *and* MARY HUGHES, *as Co-Administrators of the Estate of ANNE C. MCCORMACK, a Distributee of the Estate of KATHLEEN DURST*,

Plaintiffs,

v.

DEBRAH LEE CHARATAN, *as the Nominated Executor of the Estate of* ROBERT DURST,

Defendant.

No. 22-CV-795 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

For the reasons stated on the record at the May 10, 2022, hearing, Plaintiffs' Motion for a Preliminary Injunction and for an Order of Attachment, (Dkt. No. 22), is DENIED. Furthermore, the Temporary Restraining Order previously issued by the Court, (*id.*), is VACATED.

Defendant's Motion to Dismiss is due by no later than June 9, 2022. Plaintiffs' Response is due no later than July 11, 2022. Defendant's Reply is due by no later than July 27, 2022.

The Parties are reminded to adhere to the Court's individual rules regarding page lengths in respective memoranda.

SO ORDERED.

DATED:   May 10, 2022
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge