UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL BAMONTE, as Administrator of the Estates of Kathleen Durst, *et al.*,<br><br>         Plaintiff,<br><br> v.<br><br>DEBRAH LEE CHARATAN, as the Nominated Executor of the Estate of Robert Durst,<br><br>         Defendant. | No. 22-CV-795 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

  The Parties are ordered to brief the abatement doctrine as it relates to the dismissal of criminal actions pre-verdict and the impact of such a doctrine on section 5-4.1(2) of the New York Estates, Powers and Trust Law. The submissions should be no more than 5 pages and are due by December 22, 2022.

SO ORDERED.

DATED: December 12, 2022
      White Plains, New York

                     KENNETH M. KARAS
                     UNITED STATES DISTRICT JUDGE