# Antin, Ehrlich & Epstein, LLP
## Attorneys at Law

49 West 37th Street, New York, New York 10018
Tel: (212) 221-5999 • Fax: (212) 221-6867

MEMO ENDORSED

Scott W. Epstein
Jeffrey S. Antin

Noreen M. Letta

Thomas P. Kinney
Christine Sammarco
Melissa Kobernitski
Devon Fagel, M.D.

Of Counsel
Joseph L. Ehrlich
Debra L. Babitch

David I. Pankin, P.C.
Silbowitz, Garafola, Silbowitz
Schatz & Frederick, LLP

December 12, 2022

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601

Re: Bamonte, as Administrator, et al v. Charatan, as Nominated Executor
Docket No.: 7:22-cv-795-KMK

Dear Judge Karas:

We are co-counsel for defendant Debrah Charatan ("Deborah"), Executrix of the Estate of Robert Durst. We write in response to today's Order directing the submission of further briefs by December 22, 2022.

Unfortunately, my co-counsel is in the midst of some family medical issues requiring his attention out of the office for the next several weeks; Plaintiff's counsel has consented, of course subject to the Court's approval, to extend the above-referenced deadline until January 4, 2023.

In light of the above, we respectfully beg the Court's indulgence in extending the December 22, 2022 date for the submission of briefs until January 4, 2023.

Thank you in advance of your consideration of this application.

Granted.
So Ordered.

12/12/22
SWE:af

Respectfully yours,

Scott W. Epstein (5245)