# ABRAMS FENSTERMAN, LLP
ATTORNEYS AT LAW

Long Island
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

Robert Abrams, Esq., Executive Partner
babrams@abramslaw.com

September 14, 2023

**Via ECF**

Hon. Judith C. McCarthy
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *Bamonte, et al v. Charatan, as Nominated Executor*
              File No. 7:22-cv-795-KMK

Dear Judge McCarthy:

I write to inform the Court that the parties have agreed to conduct the deposition of Douglas Durst on Wednesday, October 18, 2023 at 10:00 a.m. and the deposition of defendant Debrah Charatan on Wednesday, October 25, 2023 at 10:00 a.m..

Mr. Durst's deposition was previously adjourned because he tested positive for COVID (Doc. No. 183). His deposition shall now be held at our White Plains office located at 81 Main Street, Suite 400, White Plains, New York 10601. Defendant's deposition shall be held at the offices of Leech Tishman located at 875 3rd Avenue, 9th Floor, New York, New York 10022. These modified dates do not affect any other deadlines in the parties' so ordered revised and amended discovery schedule (Doc. 181).

We respectfully request that the Court so order this modification of the revised and amended discovery schedule.

Respectfully submitted,

*Robert Abrams*
Robert Abrams

cc: All parties (VIA ECF)

*Judith C. McCarthy*
SO ORDERED
9-15-2023