# ABRAMS | FENSTERMAN, LLP
### ATTORNEYS AT LAW

MEMO ENDORSED

Long Island
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

**Brian Thomas McCarthy**
Partner
bmccarthy@abramslaw.com

November 16, 2023

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *Bamonte, et al v. Charatan, as Nominated Executor*
     Doc. No. 7:22-cv-795-KMK
     Joint Letter

Dear Judge Karas:

We submit this joint letter to request the Court adjourn the telephone case management conference schedule for November 20, 2023, as the parties and several non-parties are actively resolving discovery issues through Magistrate Judge McCarthy. Accordingly, we respectfully request the conference be adjourned to a date in January 2024.

The Defendant has consented to this adjournment request and this is the first request to adjourn this case management conference.

Respectfully submitted,

Brian Thomas McCarthy

Enc.

Cc:  All Attorneys of Record
     (via ECF)

Granted.

The conference is adjourned to 1/17/24, at 12:00

So Ordered.

11/16/23