

Long Island
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | P

ATTORNEYS AT LAW

Long Island · Brooklyn · White Plains · Rochester · Albany

Robert Abrams, Esq., Executive Partner
babrams@abramslaw.com

January 11, 2024

**Via ECF**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

            Re:   *Bamonte, et al v. Charatan, as Nominated Executor*
                    File No. 7:22-cv-795-KMK

Dear Judge Karas:

The parties respectfully request an adjournment of the telephonic conference currently scheduled for January 17, 2024 at 12:00 p.m. (Doc. No. 221) and consent to a date to be determined by the Court after the close of discovery.

The Parties are to provide a status report by 2/29/24.

So Ordered.
[signature]
1/11/24

Respectfully submitted,

*Robert Abrams*
Robert Abrams

cc: All parties (VIA ECF)