UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL BAMONTE, as Administrator of the Estate of KATHLEEN DURST; and JAMES MCCORMACK, VIRGINIA MCKEON, and MARY HUGHES, as Co-Administrators of the Estate of ANNE C. MCCORMACK, a Distributee of the Estate of KATHLEEN DURST, <br><br> Plaintiffs, <br><br> - against – <br><br> DEBRAH LEE CHARATAN, at the Nominated Executor of the Estate of ROBERT DURST, <br><br> Defendant. | Case No.: 7:22-cv-00795-KMK-JCM <br><br><br> **MOTION TO COMPEL DISCOVERY** |

**PLEASE TAKE NOTICE**, that upon the accompanying Declaration of Robert Abrams, Esq., dated January 19, 2024, and the exhibits annexed thereto, the Memorandum of Law, dated January 19, 2024, and upon all the papers and prior proceeding heretofore, Plaintiffs, through their counsel, will move this Court, at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, located at 300 Quarropas St, White Plains, NY 10601, Courtroom 421, on February 15, 2024, or as soon thereafter as counsel can be heard for an Order, pursuant to Fed. R. Civ. Pro. Rule Rules 26 and 37 to compel the Defendant to respond to the following discovery requests: (a) Produce all documents constituting or concerning income tax returns filed by Robert Durst for the period between 1973 and 2022; (b) Produce all documents constituting or concerning transactions completed or contemplated on behalf of Robert Durst using powers of attorney in favor Debrah Lee Charatan; (c) Produce all documents involving Debrah Lee Charatan attempting to withdraw $1.8 million from Robert Durst's account in or around the time after the death of Morris Black and before Robert Durst was arrested in Pennsylvania; (d) Produce all documents

1

constituting or concerning written agreements, proposed agreement notes, and/or communications between Robert Durst and Debrah Lee Charatan concerning any trusts where Robert Durst had an interest or power of appointment; (e) Produce all documents and communications concerning gifts, loans, payments, or asset transfers from Robert Durst to: (i) any Durst/Charatan Advisor, (ii) any Member of Law Enforcement, or (iii) any Durst Associate; and, (f) all gift tax returns that she directed be filed and/or were filed by or on behalf of Robert Durst.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Order of the Court, answering papers, if any, must be served on or before February 14, 2024.

Dated January 19, 2024                                              Respectfully submitted,

Robert Abrams, Esq.
Brian Thomas McCarthy, Esq.
Abrams Fensterman, LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
(516) 328-2300

Matthew Cono Capozzoli, Esq.
Leech Tishman Robinson Brog, PLLC
875 3rd Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
Counsel for Plaintiffs

To:   All counsel of Record (via ECF)