UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CAROL BAMONTE, *et al.*,

                            Plaintiffs,        **ORDER**

      -against-                        22 Civ. 795 (KMK)(JCM)

DEBRAH LEE CHARATAN,

                            Defendant.
-------------------------------------------------------------x

      On September 11, 2024, the Honorable Kenneth M. Karas extended the deadline to complete expert discovery to October 31, 2024. (Docket No. 284). Therefore, the parties are directed to submit a letter to the Court on November 1, 2024 confirming that all discovery is complete.

Dated: September 12, 2024
       White Plains, New York

                                          **SO ORDERED:**

                                          _____
                                          JUDITH C. McCARTHY
                                          United States Magistrate Judge