UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JAMES MCCORMACK, VIRGINIA MCKEON, and
MARY HUGHES, as Co-Administrators d.b.n. of the
Estate of KATHLEEN MCCORMACK DURST; and
JAMES MCCORMACK, VIRGINIA MCKEON, and
MARY HUGHES, as Co-Administrators c.t.a. of the           **NOTICE OF MOTION**
Estate of ANN C. MCCORMACK, a Distributee of the
Estate of KATHLEEN MCCORMACK DURST,

                           Plaintiffs,           **Case No. 7:22-cv-795 (KMK)**

      - against -

DEBRAH LEE CHARATAN, as the Executor of the
Estate of ROBERT DURST,

                           Defendant.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Plaintiffs James McCormack ("James"), Virginia McKeon ("Virginia") and Mary Hughes ("Mary"), as Co-Administrators d.b.n. of the Estate of Kathleen Durst; and James McCormack, Virginia McKeon and Mary Hughes, as Co-Administrators c.t.a. of the Estate of Anne C. McCormack, a Distributee of the Estate of Kathleen Durst ("Plaintiffs"), upon the Memorandum of Law dated February 21, 2025, Statement of Material Facts Pursuant to Local Civil Rule 56.1 dated February 21, 2025, accompanying Declaration of Robert Abrams, Esq. dated February 21, 2025, together with Exhibits A through QQ, and upon all prior pleadings and proceedings had herein, will move this Court, before the Honorable Kenneth M. Karas, United States District Judge, at the Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse for the Southern District of New York, located at 300 Quarropas Street, White Plains, New York 10601, on a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting the Plaintiffs' Motion for Summary Judgment

in its entirety as to liability only on their wrongful death action, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are to be served by March 17, 2025; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by April 1, 2025.

Dated: Lake Success, New York
February 21, 2025

**ABRAMS FENSTERMAN, LLP**

By: _____
Robert Abrams, Esq.
Brian Thomas McCarthy, Esq.
Raju Sundaran, Esq.
*Attorneys for Plaintiffs*
3 Dakota Drive, Suite 300
Lake Success, NY 11042
(516) 328-2300
babrams@abramslaw.com
bmccarthy@abramslaw.com
rsundaran@abramslaw.com

Matthew Cono Capozzoli, Esq.
Leech Tishman Robinson Brog
885 Second Avenue, 3rd Floor
New York, NY 10017
(201) 466-3628
mcapozzoli@leechtishman.com

*Attorneys for Plaintiffs*

To:   All Counsel of Record (*via ECF*)