

# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW
605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

PALM BEACH
ATTORNEYS AT LAW
250 ROYAL PALM WAY
SUITE 202
PALM BEACH, FL 33480
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

April 15, 2025

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Bamonte v. Charatan*; No. 7:22-cv-795-KMK; Plaintiffs' Letter Motion for Leave to File Sur Reply

Dear Judge Karas:

On April 14, 2025 Plaintiffs wrote purporting to request permission to file a Sur-Reply. As this letter contained legal arguments and an exhibit[1] this letter was itself a Sur-Reply masquerading as a request for leave. This is improper and the court should not consider it.

However, if the court does consider the request the Defendant requests permission to submit papers in opposition.

Respectfully submitted,

*William H. Mack*

William H. Mack

cc:   All Counsel of Record (Via ECF)

---

[1] Or at least the promise of an exhibit. Plaintiffs reference attaching an "Exhibit A" to their motion, but no Exhibit A has been filed.

NG-499T5PE2 4901-5704-2486v.2