UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL BAMONTE, *as Administrator of the Estates of Kathleen Durst, et al.,*

                                   Plaintiffs,

v.

DEBRAH LEE CHARATAN, *as the Nominated Executor of the Estate of Robert Durst,*

                                   Defendant.

22-CV-00795 (KMK)

CALENDAR NOTICE

KENNETH M. KARAS, United States District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on the pending Motions for Summary Judgment before the Honorable Kenneth M. Karas, United States District Judge, on Friday, February 27, 2026, at 10:00 a.m.  Argument will be held in-person.

SO ORDERED.

Dated:  January 27, 2026
        White Plains, New York

_____
KENNETH M. KARAS
United States District Judge