# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

JAMES MCCORMACK, VIRGINIA
MCKEON, and MARY HUGHES, as *co-administrators*
*d.b.n. of the Estate of Kathleen McCormack Durst, et al.*,

<div style="display:flex; justify-content:space-between">

Plaintiff,

22 **CIVIL** 00795 (KMK)

-against-

**<u>JUDGMENT</u>**

</div>

DEBRAH LEE CHARATAN, as the Executor of the Estate
of Robert Durst,

Defendant.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 5, 2026, the Court grants Defendant's Motion

for Summary Judgment and denies Plaintiffs' Motion for Summary Judgment. Defendant's

Motion to Strike Expert Testimony is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

   May 7, 2026

                                         **TAMMI M. HELLWIG**
                              _____
                                         **Clerk of Court**

                    **BY:**
                              _____
                                         **Deputy Clerk**